UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

                                           Case No.  08-66914 TJT

PENNINGTON, BILLY JOE                      Chapter 7
PENNINGTON, TIFFANY LYN                     HON. Thomas J. Tucker


                    Debtor(s).
_____

## NOTICE OF UNCLAIMED DIVIDENDS


**TO:  CLERK OF THE COURT**

        The attached check represent the total sum of unclaimed dividends in this estate and is paid to the
Court pursuant to 11 U.S.C. Section 347(a).  The name and address of the party entitled to these unclaimed
dividends is  as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Comcast Cable<br>P.O. Box 3005<br>Southeastern, PA.  19398-3005 | 8 | $18.50 |


Dated:  January 6, 2010                    /S/ David W. Allard_____
                                           CHAPTER 7 TRUSTEE
                                           2600 BUHL BUILDING
                                           535 GRISWOLD
                                           DETROIT, MI  48226
                                           (313) 961-6141
                                           Email: trusteeallard@allardfishpc.com
                                           P23288